IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. 08-cr-307-JLK

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**JORGE ALBERTO DEL REAL RUIZ, et al.,**

        Defendants.

## ORDER OF RECUSAL

Kane, J.

Upon review of the file, I have determined that due to a potential conflict I must recuse myself from this matter. This case is, therefore, returned to the Clerk of the Court for reassignment by random draw.

Dated this 23th day of July, 2008.

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      Senior Judge, United States District Court