IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 08-cr-00307-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JORGE ALBERTO DEL REAL RUIZ,
2. HECTOR HERNDANDEZ,
3. JODI LAUGHNAN,
4. MARCO ANTONIO ORTEGA,
5. LORENZO PALOMO-MAGALLANES,
6. JUAN ANTONIO SANDOVAL-LORA,
7. DEBRA TUCKER,
8. JUAN VARGAS,
9. JENNIFER ZELENY, and
10. OSCAR ORTEGA,

    Defendants.

## SCHEDULING ORDER

**Blackburn, J.**

On September 2, 2008, I conducted a hearing on the government's **Unopposed Motion For an Ends of Justice Continuance and Excludable Time on Grounds of Complexity Pursuant To 18 U.S.C. § 3161(h)(8)** [#38][1] filed July 24, 2008. After conferring with counsel, I entered scheduling orders *pro tanto* from the bench. I enter this order to reiterate, confirm, supplement, and expatiate those initial scheduling orders.

---

[1] "[38]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I intend to use this convention throughout this case.

**THEREFORE, IT IS ORDERED** that as soon as practicable, counsel for the parties **SHALL MEET AND CONFER**[2] and **SHALL FILE** by **Tuesday, September 23, 2008**, a proposed joint or partially joint and/or individual scheduling orders,[3] which shall address, *inter alia*, 1) the deadlines for filing of non-CJA,[4] pretrial motions and responses; and 2) the date and time[5] of a telephonic scheduling conference[6] at which timely filed pretrial motions that the court determines should be set for hearing may be set for hearing.

Dated in chambers September 2, 2008, to reiterate, confirm, supplement, and expatiate the orders issued from the bench in open court on September 2, 2008.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

---

[2] Counsel may meet and confer in any way practicable, including, but not limited to, in person or by telephone, electronic mail, and/or facsimile transmission(s), etc.

[3] To the extent practicable, I exhort the parties to model any proposed scheduling order after the Scheduling Order I entered on October 12, 2007, in 07-cr-00183-REB, *U.S. v. Banks, et al.*, *see* [#397].

[4] "CJA" are the initials for Criminal Justice Act, codified at 18 U.S.C. § 3006A.

[5] Regardless of the date proposed by parties for the motion hearing setting conference, it shall be conducted at 10:00 a.m. (MT).

[6] The personal appearance and participation of the defendants are excused and waived. However, the attorneys for the parties or their designees possessing setting and calendar authority must participate.