IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00307-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     JORGE ALBERTO DEL REAL RUIZ,
     a/k/a "JORGE ALBERTO DEL REAL SANCHEZ", a/k/a "GUERO,"
2.     HECTOR HERNANDEZ,
3.     JODI LAUGHNAN,
4.     MARCO ANTONIO ORTEGA,
     a/k/a "MARCOS NAVARRO ORTEGA,"
5.     LORENZO PALOMO MAGALLANES,
6.     JUAN ANTONIO SANDOVAL LORA,
7.     DEBRA TUCKER,
8.     JUAN VARGAS,
9.     JENNIFER ZELENY, and
10.    OSCAR ORTEGA,

        Defendants.

## ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

On consideration of the **United States Motion To Disclose Copies of Transcripts of Grand Jury Testimony under Specified Conditions to the Attorneys for the Defendants** [#181] filed December 19, 2008, pursuant to Rule 6(e)(3)(E)(I) of the Federal Rules of Criminal Procedure, it is,

**ORDERED** that copies of the transcripts of testimony given before the Grand Jury and other Grand Jury materials may be disclosed to the attorneys for the defendants for preparation for trial.

It is **FURTHER ORDERED** that the disclosed copies of the Grand Jury transcripts and materials are not to be reproduced and are to be retained in the personal custody or office of the attorneys for the defendants.

DATED December 19, 2008, at Denver, Colorado.

BY THE COURT:
s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge
District of Colorado