**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  08-cr-00307-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  MARCO ANTONIO ORTEGA,

    Defendant.

---

**MINUTE ORDER**[1]

---

At the request of counsel, the Status Conference/Scheduling Conference set for September 21, 2009, is **VACATED** and reset to **September 29, 2009,** at 9:00 a.m.

Dated:  September 18, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.