**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 08-cr-00307-REB-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.    MARCO ANTONIO ORTEGA,

    Defendant.

---

**PRELIMINARY ORDER OF FORFEITURE ONLY AS TO
DEFENDANT MARCO ANTONIO ORTEGA**

---

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture only as to defendant Marco Antonio Ortega. The Court having read said Motion and being fully advised in the premises finds:

THAT the United States and defendant entered into a Plea Agreement, Cooperation Agreement and Stipulation of Facts which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. §853; and

THAT prior to the disposition of the asset, the United States is required to seize the forfeited property and to provide notice to third parties pursuant to 21 U.S.C. §853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §853:

    (a)    $4,325.00 in United States Currency;

  (b) one Colt .45 caliber handgun, serial no. SF19633;

  (c) one Sig Sauer 9mm handgun, serial no. B181305;

  (d) one Smith & Wesson MP5 rifle, serial no. 66394; and

  (e) two Smith & Wesson 9mm handguns, serial nos. RAU4544 and MPT8595

THAT the United States Marshals Service, or its designated agent, is directed to seize and take custody of the property subject to forfeiture;

THAT the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming an interest in the above-described property must file their claims within thirty (30) days of the last date of publication and make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. §853(n), in which all interests will be addressed.

SO ORDERED this 23rd day of December, 2009.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge