# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  08-cr-00307-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  MARCO ANTONIO ORTEGA,

    Defendant.

## MINUTE ORDER[1]

On January 27, 2010, the court conducted a telephonic setting conference.  After conferring with counsel and by agreement of all,

**IT IS ORDERED** as follows:

1.  That a Sentencing hearing is set for **April 2, 2010**, at 2:30 p.m.; and

2.  That the U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

Dated:  January 27, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.