# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  08-cr-00307-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  MARCO ANTONIO ORTEGA,

    Defendant.

## MINUTE ORDER[1]

    The sentencing hearing set for June 10, 2011, is **VACATED** and is **CONTINUED** to **September 9, 2011**, at 1:30 p.m.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated:  June 10, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.